# UNTIED STATES BANKRUPTCY COURT
## EASTERN DIVISION OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In the Matter of:

Thomas Reid Blacker　　　　　　　　　　　　Chapter 7
Lisa Cheryl Blacker,　　　　　　　　　　　　Case No. 09-49564-wsd
　　　　　　　　　　　　　　　　　　　　　　Honorable Walter Shapero

　　　　Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

　　The attached check in the amount of **$16.02** represents the total sum of

unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).

The name (s) and address (es) of the Party (ies) entitled to these unclaimed dividends is

(are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Dr. Ruth Diaz<br>4870 Clark Road, Suite 107<br>Ypsilanti, MI 48197 | 000005 | $16.02 |

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　By:　　/s/ Wendy Turner Lewis
　　　　　　　　　　　　　　　　Wendy Turner Lewis (P39505)
　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　444 West Willis Street, Suite 101
　　　　　　　　　　　　　　　　Detroit, MI 48201
Dated: March 11, 2010　　　　　(313) 832-5555
　　　　　　　　　　　　　　　　trustee@lewistrustee.com